**DISMISS; Opinion Filed April 11, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00052-CR

**SCOTT IVAN PAZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-34701-J**

# MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

Before the Court is appellant's April 4, 2019 motion for voluntary dismissal of the appeal.

Appellant and his appellate counsel signed the motion. *See* TEX. R. APP. P. 42.2(a).

We grant the motion and dismiss the appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190052F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SCOTT IVAN PAZ, Appellant

No. 05-19-00052-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F18-34701-J.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 11th day of April, 2019.